IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 12-cv-02718-WJM-KLM

TINA GARCIA,

    Plaintiff,

v.

JUDY D. GRAVES,

    Defendant.

## ORDER ADOPTING MARCH 20, 2013 RECOMMENDATION OF MAGISTRATE JUDGE, GRANTING PLAINTIFF'S UNOPPOSED MOTION TO AMEND COMPLAINT

This matter is before the Court on the March 21, 2013 Recommendation of United States Magistrate Judge Kristen L. Mix (the "Recommendation") (ECF No. 21) that Plaintiff's Unopposed Motion to Amend Complaint (ECF No. 19) be granted. The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

The Recommendation advised the parties that specific written objections were due within fourteen days after being served with a copy of the Recommendation.[1] (ECF No. 21, at 2) Despite this advisement, no objections to the Magistrate Judge's Recommendation have to date been filed by either party.

The Court concludes that the Magistrate Judge's analysis was thorough and sound, and that there is no clear error on the face of the record. *See* Fed. R. Civ. P.

---

[1] The Court's internal records confirm that the Recommendation was electronically mailed to counsel for both parties.

72(b) advisory committee's note ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."); *see also Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) ("In the absence of timely objection, the district court may review a magistrate's report under any standard it deems appropriate.").

In accordance with the foregoing, the Court ORDERS as follows:

(1) The Magistrate Judge's Recommendation (ECF No. 21) is ADOPTED in its entirety;

(2) Plaintiff's Unopposed Motion to Amend Complaint (ECF No. 19) is GRANTED, ECF No. 19-1 is ACCEPTED as filed as the operative pleading in this action.

Dated this 24th day of April, 2013

BY THE COURT:

_____
William J. Martínez
United States District Judge