IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02718-WJM-KLM

TINA GARCIA,

    Plaintiff,

v.

JUDY D. GRAVES,

    Defendant.

_____

# MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Motion to Amend Scheduling Order** [Docket No. 39; Filed August 20, 2013] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#39] is **GRANTED**. The Scheduling Order entered on January 31, 2013 [#17] is modified to extend the following deadlines:

| | |
|---|---|
| • Deadline to Serve Written Discovery Requests | **November 12, 2013** |
| • Defendant's Affirmative Expert Disclosure Deadline | **December 3, 2013** |
| • Discovery Deadline | **December 16, 2013** |
| • Dispositive Motions Deadline | **January 16, 2013** |

    Dated: August 21, 2013