**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 12-cv-2718-WJM-KLM

TINA GARCIA,

    Plaintiff,

v.

JUDY D. GRAVES, and
ELIZABETH H. ENENBACH

    Defendants.

---

**ORDER DENYING DEFENDANTS ENENBACH'S MOTION FOR
PARTIAL SUMMARY JUDGMENT AS MOOT (ECF 18)**

---

This matter is before the Court on Defendant Elizabeth H. Enenbach's Motion for Partial Summary Judgment ("Motion"). (ECF No. 18.)

Because Defendant's Motion to Amend Complaint (ECF No. 19)—coupled with the Court's Order granting same (ECF No. 21)—the Court denies Defendant's Motion as moot. The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

    1.    Defendant's Motion for Partial Summary Judgment (ECF No. 18) is DENIED AS MOOT.

    2.    By September 6, 2013, the Parties are DIRECTED to provide a Joint Status Report indicating (a) whether Plaintiff has obtained legal counsel, (b) what steps (if any) the Parties have taken towards settlement, and (c) whether the Parties have considered requesting a settlement conference

pursuant to D.C.COLO.LCivR 16.6(A) before U.S. Magistrate Judge Kristen L. Mix. If in the Parties' view a settlement conference before Judge Mix would be beneficial, they should indicate as much in the Status Report.[1]

Dated this 21st day of August, 2013.

BY THE COURT:

William J. Martinez
United States District Judge

---

[1] If, after best endeavors, the Parties cannot agree on what should be stated in the Joint Status Report, each party may file a separate Status Report with the Court.