IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02718-WJM-KLM

TINA GARCIA,

    Plaintiff,

v.

JUDY D. GRAVES,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Request the Federal Court Provide Reasonable Accomondations Including Appointment of Dr. Karin Huffer as Communications Specialist; and Stay of All Matters Pending Legal Representation** [sic] [Doc. 32; Filed July 8, 2013] (the "Motion"). The District Judge referred to the undersigned the portion of the Motion that seeks appointment of Dr. Karin Huffer as communications specialist for Plaintiff, and he denied the portion of the Motion seeking a stay of all matters. [#33]. On July 12, 2013, Defendant filed a Response [#37] in opposition to the Motion. On August 19, 2013, Plaintiff filed a Renewed Request for Stay and Reasonable Accommodations [#38].[1] The Court construes the Renewed Request [#38] as an amendment to the present Motion [#32]. Accordingly,

    IT IS HEREBY **ORDERED** that the portion of the Motion [#32] referred to the undersigned is **DENIED as moot**. An Order regarding the Renewed Request [#38] will issue in due course.

    Dated: October 2, 2013

---

[1] This motion has not been referred to the undersigned.