IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02718-WJM-KLM

TINA GARCIA,

    Plaintiff,

v.

JUDY D. GRAVES,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Defendant's **Motion to Amend Scheduling Order Pending Ruling on Order and Recommendation (Doc. 51)** [#53] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#53] is **GRANTED**. The Scheduling Order is modified to extend the following deadlines:

- Deadline to Serve Written Discovery Requests — **January 13, 2014**
- Defendant's Affirmative Expert Disclosure Deadline — **February 3, 2014**
- Discovery Deadline — **February 17, 2014**
- Dispositive Motions Deadline — **March 17, 2014**

Dated:  December 2, 2013